UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 1:06-cr-71 |
| | ) | Judge Mattice |
| JERRY BRYAN | ) | |

## **ORDER**

United States Magistrate Judge Susan K. Lee filed her report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). [Court Doc. 219.] Neither party filed objections within the given 10 days.

After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Accordingly, the Court **ORDERS** that Defendant's Motion to Suppress [Court Doc. 168] is **DENIED**.

SO ORDERED this 3rd day of July, 2008.

                                                           */s/Harry S. Mattice, Jr.*
                                                          HARRY S. MATTICE, JR.
                                                          UNITED STATES DISTRICT JUDGE